FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED N.Y:
★ JUL 9 2007 ★
P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KINGVISION PAY-PER-VIEW, LTD.,

                Plaintiff,

    -against-

CAFFE DEL POPOLO INC., and LORENZO
PALAZZOLO, Individually ans as (an) officer(s),
directors(s), and/or shareholder(s) of Caffe Del Popolo
Inc.; LAS ANTILLAS RESTAURANT, CORP.,
and AMABLE CONTRERAS d/b/a Las Antillas
Restaurant, Individually and as (an) officer(s),
director(s), and/or shareholder(s) of Las Antillas
Restaurant, Corp.,

                Defendants.
-----------------------------------------------------------------X

JUDGMENT
05-CV- 5631 (SLT)

      A Memorandum and Order of Honorable Sandra L. Townes, United States District Judge, having been filed on February 6, 2007, granting plaintiff's motion for a default judgment; and directing the Clerk of Court to enter judgment awarding plaintiff $11,550.00 plus costs; and ordering that Las Antillas Restaurant and Amable Contreras are jointly and severally liable to plaintiff for $1,000.00 in statutory damages pursuant to § 605 (e)(3)(C)(i)(II); $10,000.00 in enhanced damages pursuant to § 605(e)(3)(C)(ii); and $550.00 in attorneys' fees; it is

JUDGMENT
05-CV- 5631 (SLT)

ORDERED and ADJUDGED that plaintiff's motion for a default judgment is granted; that judgment is hereby entered in favor of plaintiff, Kingvision Pay-Per-View, Ltd., and against defendants, Las Antillas Restaurant Corp., and Amable Contreras d/b/a Las Antillas Restaurant, Individually and as (an) officer(s), director(s), and/or shareholder(s) of Las Antillas Restaurant, Corp.; and that Las Antillas Restaurant Amable Contreras are jointly and severally liable to plaintiff for $1,000.00 in statutory damages pursuant to § 605(e)(3)(C)(i)(II); $10,000.00 in enhanced damages pursuant to $605(e)(3)(C)(ii); and $550.00 in attorneys' fees, for a total award of $11,550.00 plus costs.

Dated: Brooklyn, New York
       July 09, 2007

/s/ RCH
ROBERT C. HEINEMANN
Clerk of Court